# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH REICHART,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-0131** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(MEHALCHICK, M.J.)** |
| **LUZERNE COUNTY FACILITY'S, MEDICAL DEPT., et al.,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

In consideration of the unopposed report and recommendation of Judge Mehalchick, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick issued in the above-captioned matter, (**Doc. 17**), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A(b)(1), §1915(e)(2)(B)(ii) and 42 U.S.C. §1997e(c)(1), *see* Roy v. Supreme Court of U.S., 484 F.App'x 700 (3d Cir. 2012) (dismissal is justified if the complaint is incomprehensible and fails to comply with Rule 8);

**(3)** the plaintiff is granted 21 days leave from the date of this Order to file an amended complaint as specified by Judge Mehalchick in her report;

(4) failure of the plaintiff to file his amended complaint as directed will result in the dismissal of this case; and

**(5)** this case is **RECOMMITTED** Judge Mehalchick for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2016**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-0131-02.wpd