# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH REICHART,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-131 |
| v. | : | (JUDGE MANNION) |
| **LUZERNE COUNTY FACILITY'S MEDICAL DEPT.,** *et al.,* | : : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 30)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's case is **DISMISSED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 20, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0131-01-ORDER.wpd